EXHIBIT "A"

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CRISTAN FERNANDO ALCANTARA MASARIESGO | § § | |
|    Plaintiff | § § | CIVIL ACTION NO. 4:22-cv-2022 |
| VS. | § § | JURY TRIAL DEMANDED |
| S&D TRANSIT, INC. AND JOHNNY LEE ROACH | § § § | |
|    Defendants | § | |

## INDEX OF MATTERS BEING FILED

1. Plaintiff's Original Petition;

2. Request for Service – S&D Transit, Inc.;

3. Request for Service – Johnny Roach;

4. Executed Service of Process on Johnny Roach;

5. Executed Service of Process on S&D Transit, Inc.;

6. Defendants S&D Transit, Inc. and Johnny Roach's Original Answer;

7. Defendants S&D Transit, Inc. and Johnny Roach's Objection to Plaintiff's Rule 193.7 Notice;

8. Defendants S&D Transit, Inc. and Johnny Roach's Jury Demand;

9. Docket Sheet from Montgomery County Court; and

10. Docket Control Order

    For Items 1-10 See Exhibit "B."

11. A list of all counsel of record, including addresses, telephone numbers, and parties represented:

   **Attorney for Plaintiff Cristan Fernando Alcantara Masariesgo:**
   Leena Joseph
   SBN: 24084374
   Law Offices of Domingo Garcia, LLP
   12929 Gulf Freeway
   Houston, Texas 77034
   (713) 349-1500 – Telephone
   (713) 432-7785 – Facsimile
   ljoseph@millerweisbrod.com

   **Attorney for S&D Transit and Johnny Roach:**
   Andrew J. Pratka
   Texas Bar No. 24079159
   Federal ID No. 2200698
   Donato, Brown, Pool & Moehlmann
   3200 Southwest Freeway, Suite 2300
   Houston, Texas 77027
   713.877.1112 – Telephone
   713.877.1138 – Facsimile
   apratka@donatobrown.com